No. 92–950. 23 WEST WASHINGTON STREET, INC. *v.* CITY OF HAGERSTOWN, MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 92–952. PFLUGER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 92–954. KING, AKA GREENE *v.* RUSSELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–955. BRANSON *v.* STRAUCH. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–957. GARNER *v.* GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 92–958. PICKREL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–959. PRITCHARD *v.* NATIONAL TRANSPORTATION SAFETY BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–971. PERRON *v.* BELL MAINTENANCE & FABRICATORS, INC. C. A. 5th Cir. Certiorari denied.

No. 92–972. SOUTHERN SLIP FORM SERVICES, INC. *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. Ct. App. La., 1st Cir. Certiorari denied.

No. 92–974. WATKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–981. MADSEN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MADSEN, AND AS GUARDIAN FOR MADSEN *v.* ALLSTATE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 92–983. WILSON *v.* STATE FARM FIRE & CASUALTY CO. C. A. 7th Cir. Certiorari denied.

No. 92–990. GREGORY, ADMINISTRATOR OF THE ESTATE OF GREGORY, ET AL. *v.* CITY OF ROGERS, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.